IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-01046-WYD-KLM

VALERIE ROBINSON,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC., a California corporation,

    Defendant.

## ORDER

THIS MATTER is before the Court on plaintiff, Valerie Robinson's, Notice Of Dismissal With Prejudice [ECF No. 7], filed on June 10, 2013. After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice. Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney fees and costs.

Dated: June 12, 2013.

                BY THE COURT:

                /s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior U.S. District Judge